JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 25-1559-KK-AS | Date: | April 9, 2025 |
|---|---|---|---|
| Title: | *Alfred Arnold Cano v. CDCR Officials* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |
|---|---|

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Dismissing Action Without Prejudice

On February 24, 2025, plaintiff Alfred Arnold Cano ("Plaintiff") sought to initiate this action by submitting a Complaint. ECF Docket No. ("Dkt.") 1. However, that same day, the Court issued a Notice of Deficiency notifying Plaintiff he was in breach of General Order 18-02 by filing his Complaint via U.S. Mail. Dkt. 3. Plaintiff was, therefore, instructed to "re-submit [his] complaint to the court electronically." Id.

In addition, on February 24, 2025, the Court issued an Order advising Plaintiff he failed to pay the appropriate filing fee. Dkt. 2. Plaintiff was, therefore, ordered to either pay the entire filing fee or submit an application to proceed without prepayment of fees (CV-60P) within thirty days. Id. Plaintiff was expressly warned that failure to respond within thirty days may result in the matter being dismissed.

To date, Plaintiff has not responded to the Court. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. (JS-6)

**IT IS SO ORDERED**.